UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERVIN JACK, JR.                                          CIVIL ACTION

VERSUS                                                       No. 22-1520

EVONIK CORPORATION ET AL.                    SECTION: "J"(2)

**ORDER**

Considering the foregoing *Joint Motion to Dismiss with Prejudice Claims against Shell Oil Company* **(Rec. Doc. 45)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and all of the claims asserted by Plaintiff Ervin Jack, Jr. against Defendant Shell Oil Company are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 30th day of December, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE